**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHUFENG ZHOU,**

      **Plaintiff,**

vs.                                       Case No.: 8:17-cv-01814-EAK-TGW

**JUDY GENSHAFT, CHARLES J.**
**LOCKWOOD, KEVIN B. SNEED,**
**JOHN S. CURRAN and UNIVERSITY OF**
**SOUTH FLORIDA BOARD OF TRUSTEES,**

      **Defendants.**
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION**
**FOR CONTINUANCE OF HEARING**

      The Defendants, Judy Genshaft, Charles J. Lockwood, Kevin B. Sneed, John S. Curran, and University of South Florida Board of Trustees, respond to the motion for continuance (Doc. 35) filed by the Plaintiff, Shufeng Zhou. The request for continuance of hearing is deficient in that it does not show compliance with Local Rule 3.01(g) of the United States District Court, Middle District of Florida. However, notwithstanding the Plaintiff's failure to confer, the Defendants are unable to contest or even assess the validity of the Plaintiff's allegations and therefore, given the stated basis for the Plaintiff's medical need, does not object to the granting of the continuance.

                                            Respectfully submitted,

                                            /s/ Thomas M. Gonzalez
                                            Thomas M. Gonzalez
                                            Florida Bar No.: 192341
                                            Thompson, Sizemore, Gonzalez, & Hearing, P.A.
                                            201 North Franklin Street, Suite 1600

Tampa, Florida 33602
Telephone: (813) 273-0050
Facsimile: (813) 273-0072
tgonzalez@tsghlaw.com
Attorney for the Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 26th day of April, 2018, by CM/ECF electronic filing to the Clerk of Court and by U.S. Mail and Email to the following:

Shufeng Zhou
16410 Burniston Drive
Tampa, FL 33647
shufengzhou2006@hotmail.com

/s/ Thomas M. Gonzalez
Attorney