FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 MAY -3 AM 11: 26

CLERK, US DISTRICT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Shufeng Zhou

Plaintiff

CASE NUMBER: 8:17-CV-01814-RDP-UAM

v.

Genshaft et al

Defendant

Case No: 8:17-cv-01814-~~EAK-TGW~~ RDP–UAM

May 2, 2018

Re: My response to your order dated on May 1, 2018.

Dear Respected Judge Proctor,

Thanks for your order dated on May 1, 2018.

In your order, you have instructed me to provide medical evidence to show my health status.

Since 2012, I have been taking three drugs as follows:

1. Cytolapram, 20 mg per day, to suppress my depression symptoms.
2. Omeprazole, 20 mg per day, to suppress my acid reflux.
3. Atorvastatin, 20 mg per day, to reduce my blood lipids.

All my above drugs are regularly prescribed by my family doctor and dispensed by CVS Pharmacy (see attached prescriptions).

Since above drugs cannot fully and effectively control my depression and acid reflux, I am receiving Chinese herbal medicine therapies in China since 2016.

I am going back to Tampa to see my family doctor around 28 July. Therefore, I beg you to reschedule the court hearing to the beginning of August.

Best regards,

Dr. Shufeng Zhou, MD & PhD,
16410 Burniston Dr,
Tampa, FL 33647.

1