**ZHOU, SHUFENG**
DOB 02/16/1966  Age 52 Years  Gender Male  Txt Msg YES
Phone Number (813) 505-1501
Address 16410 BURNISTON DR, TAMPA, FL 33647

| Ln.No. | Fill Date | Rx No. | Refill# | Drug | Quantity | Prescriber | Patient Pay | Status (Previous 30 Days) |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/22/2018 | 0624964 | 03 | ATORVASTATIN 20 MG TAB... | 30 | BEACH, COLIN | | Scheduled – ReadyFill |
| 2 | 05/22/2018 | 0625667 | 03 | ESCITALOPRAM 20 MG TAB... | 30 | BEACH, COLIN | | Scheduled – ReadyFill |
| 3 | 05/06/2018 | 0624961 | 01 | OMEPRAZOLE DR 20 MG C... | 30 | BEACH, COLIN | | Scheduled – Script Sync |
| 4 | 04/19/2018 | 0625667 | 02 | ESCITALOPRAM 20 MG TAB... | 30 | BEACH, COLIN | 2.50 | Sold – 04/26/2018 |
| 5 | 04/19/2018 | 0624964 | 02 | ATORVASTATIN 20 MG TAB... | 30 | BEACH, COLIN | 0.00 | Sold – 04/26/2018 |
| 6 | 04/08/2018 | 0624961 | 00 | OMEPRAZOLE DR 20 MG C... | 30 | BEACH, COLIN | 2.57 | Sold – 04/10/2018 |

Select a function and press <Enter>
View Detail (#), Messaging Options (MO), ScriptSync View (SV), Exit (X)



| Patient | Prescriber | Drug | Third Party | Profile | Radar Store | Clinical | Refill | Help | Credentials | Store Info | Adj Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 |

TAKE ONLY AS DIRECTED. KEEP OUT OF REACH OF CHILDREN. STORE AT ROOM TEMPERATURE. DO NOT USE AFTER EXPIRATION DATE.

CVS ReadyFill prescription. We'll notify you when the next refill is ready.

Pharmacy ExtraBucks Rewards

ZHOU, SHUFENG
16410 BURNISTON DR,
TAMPA, FL 33647

ZHOU, SHUFENG
16410 BURNISTON DR
TAMPA FL 33647
Rx# 0624961 00

BEACH, COLIN S
5 AMBERLYN DR
TAMPA, FL 33647/2155
Ph 813 979 6978

ZHOU, SHUFENG

OMEPRAZOLE DR 20 MG CAPSULE

Rx# 0624961 00  TP: 2619
Date: 04/08/2018

PROMISED: 06:00p
04-08-2018
ScriptSync™   # Scripts: 01
CUSTOMER RECEIPT

Date: 04/08/2018  DAW: 0
Rx: 0624961 00

PAY: $2.57   Caps: Y
MFR PKG Y

CVS pharmacy #6007   Ph: 813.971-2459
6206 COMMERCE PALMS DR.
TAMPA, FL
33647

ZH
04/08/2018

ZHOU, SHUFENG
16410 BURNISTON DR, TAMPA, FL 33647
Ph: 813.505-1501   DOB: 02-66
OMEPRAZOLE DR 20 MG CAPSULE
SAN002
TAKE 1 CAPSULE BY MOUTH ONCE DAILY
NDC:00781-2790-10   Days Supply: 5   Qty:30 EA   Refills: 30
TP: 2619                                            GR: RX1558
AUTH#: 180982533078052999   CAREMARK BIN 004336
Prscbr: Beach, Colin Sand

Take. Secure. Dispose.
3 easy steps to handle commonly abused prescription drugs safely and responsibly.
Learn more at CVS.com/prescription-drug-abuse

♥ CVS pharmacy
6206 COMMERCE PALMS DR.
TAMPA, FL
33647
#6007   Ph: 813.971-2459
www.cvs.com

ZHOU, SHUFENG
16410 BURNISTON DR
TAMPA, FL 33647
Ph: 813.505-1501

04/08/2018
Prscbr: COLIN SANDY BEACH
Refills: 5

**OMEPRAZOLE DR 20 MG CAPSULE**
SAN007
TAKE 1 CAPSULE BY MOUTH ONCE DAILY

**PATIENT PRESCRIPTION INFORMATION**
IF YOU HAVE ANY QUESTIONS ABOUT YOUR MEDICATION, PLEASE CONTACT YOUR PHARMACIST:
Mohammad Khan, RPh.

This is a WHITE, OBLONG-shaped CAPSULE imprinted with OME 20 on one side and OME 20 on the other.
**OMEPRAZOLE DELAYED-RELEASE CAPSULE - ORAL - (oh-MEP-ra-zole)**
**COMMON BRAND NAME(S):**
Prilosec
**USES:**
Omeprazole is used to treat certain stomach and esophagus problems (such as acid reflux, ulcers). It works by decreasing the amount of acid your stomach makes. It relieves symptoms such as heartburn, difficulty swallowing, and persistent cough. This medication helps heal acid damage to the stomach and esophagus, helps prevent ulcers, and may help prevent cancer of the esophagus. Omeprazole belongs to a class of drugs known as proton pump inhibitors (PPIs). If you are self-treating with this medication, over-the-counter omeprazole products are used to treat frequent heartburn (occurring 2 or more days a week). Since it may take 1 to 4 days to have full effect, these products do not relieve heartburn right away. For over-the-counter products, carefully read the package instructions to make sure the product is right for you. Check the ingredients on the label even if you have used the product before. The manufacturer may have changed the ingredients. Also, products with similar brand names may contain different ingredients meant for different purposes. Taking the wrong product could harm you.
**HOW TO USE:**
Read the Medication Guide and the Patient Information Leaflet if available from your pharmacist before you start taking omeprazole and each time you get a refill. Take this medication by mouth as directed by your doctor, usually once daily, before a meal. If you are self-treating, follow all directions on the product package. Dosage and length of treatment are based on your medical condition and response to treatment. In children, the dosage is also based on weight. Do not increase your dose or take this drug more often than directed. If you have any questions, ask your doctor or pharmacist. Do not crush, break, or chew this medication. Swallow the capsules whole. If you have trouble swallowing the capsule, you may open the capsule if it is not sealed and carefully sprinkle its contents on a spoonful of soft, cool applesauce. Swallow all of the mixture right away without chewing it. Then drink a glass of cool water to make sure you have swallowed all of the dose. Do not prepare the mixture ahead of time for later use. Doing so may destroy the drug. If needed, antacids may be taken along with this medication. If you are also taking sucralfate, take omeprazole at least 30 minutes before sucralfate. Use this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. Continue to take this medication for the prescribed length of treatment even if you are feeling better. If you are self-treating with the over-the-counter product, do not take it for more than 14 days unless directed by your doctor. Tell your doctor if your condition persists or worsens. If you are self-treating, tell your doctor if your heartburn persists after 14 days or if you need to use this medication more than once every 4 months. The risk of side effects goes up over time. Ask your doctor how long you should take this medication. If you think you may have a serious medical problem, get medical help right away.
**SIDE EFFECTS:**
See also Precautions section. Headache or abdominal pain may occur. If any of these effects persist or worsen, tell your doctor or pharmacist promptly. If your doctor has directed you to use this product, remember that he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if you have any serious side effects, including: symptoms of a low magnesium blood level (such as unusually fast/slow/irregular heartbeat, persistent muscle spasms, seizures), signs of lupus (such as rash on nose and cheeks, new or worsening joint pain). This medication may rarely cause a severe intestinal condition (Clostridium difficile-associated diarrhea) due to a type of bacteria. Do not use anti-diarrhea products or narcotic pain medications if you have any of the following symptoms because these products may make them worse. Tell your doctor right away if you develop: persistent diarrhea, abdominal or stomach pain/cramping, fever, blood/mucus in your stool. Rarely, proton pump inhibitors (such as omeprazole) have caused vitamin B-12 deficiency. The risk is increased if they are taken every day for a long time (3 years or longer). Tell your doctor right away if you develop symptoms of vitamin B-12 deficiency (such as unusual weakness, sore tongue, or numbness/tingling of the hands/feet). A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing, signs of kidney problems (such as change in the amount of urine). This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.
**PRECAUTIONS:**
Before taking omeprazole, tell your doctor or pharmacist if you are allergic to it; or to similar drugs (such as esomeprazole, lansoprazole, pantoprazole); or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: liver disease, lupus. Some symptoms may actually be signs of a more serious condition. Get medical help right away if you have: heartburn with lightheadedness/sweating/dizziness, chest/jaw/arm/shoulder pain (especially with shortness of breath, unusual sweating), unexplained weight loss. In addition, before you self-treat with this medication, get medical help right away if you have any of these signs of a serious condition: trouble/pain swallowing food, bloody vomit, vomit that looks like coffee grounds, bloody/black stools, heartburn for over 3 months, frequent chest pain, frequent wheezing (especially with heartburn), nausea/vomiting, stomach pain. Proton pump inhibitors (such as omeprazole) may increase your risk for bone fractures, especially with longer use, higher doses, and in older adults. Talk with your doctor or pharmacist about ways to prevent bone loss/fracture, such as by taking calcium (such as calcium citrate) and vitamin D supplements. Children may be more sensitive to the side effects of this drug, especially fever, cough, and infections of the nose/throat/airways. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor. This

**IMPORTANT DISCLAIMER:** The side effects listed above are not all of the possible risks that could be caused by this medication. For further information, please consult with your physician about the uses, precautions and risks of the medication. This information is obtained from First DataBank for use as an educational aid.

Continued on reverse side.

medication passes into breast milk. The effects on a nursing infant are unknown. Consult your doctor before breast feeding.

**DRUG INTERACTIONS:**
See also How to Use section. Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Some products that may interact with this drug include: cilostazol, clopidogrel, methotrexate (especially high dose treatment), rifampin, St. John's wort. Some products need stomach acid so that the body can absorb them properly. Omeprazole decreases stomach acid, so it may change how well these products work. Some affected products include atazanavir, erlotinib, nelfinavir, pazopanib, rilpivirine, certain azole antifungals (itraconazole, ketoconazole, posaconazole), among others. Omeprazole is very similar to esomeprazole. Do not use any medications containing esomeprazole while using omeprazole. This medication may interfere with certain laboratory tests, possibly causing false test results. Make sure laboratory personnel and all your doctors know you use this drug.

**OVERDOSE:**
If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: confusion, unusual sweating, blurred vision, unusually fast heartbeat.

**NOTES:**
Your doctor has prescribed this medication for you; do not share it with others. If your doctor instructs you to use this medication regularly for a long time, laboratory and medical tests (such as a magnesium blood test, vitamin B-12 levels) may be performed periodically to monitor your progress or check for side effects. Keep all regular medical and laboratory appointments.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Information last revised November 2016. Copyright(c) 2016 First Databank, Inc.

ZHOU, SHUFENG
16410 BURNISTON DR,
TAMPA, FL 33647
Ph 813 [illegible]

BEACH, COLIN S
TAMPA, FL 33647/2155
Ph 813 979 6976

Rx# 0624964 02

**ZHOU, SHUFENG**
ATORVASTATIN 20 MG TABLET

Pharmacy ExtraBucks Rewards

ZHOU, SHUFENG
16410 BURNISTON DR,
TAMPA, FL 33647

Rx# 0624964 02  TP: 2619
Date: 04/19/2018

---

PROMISED: 10:00p
ScriptSync™ Elig 04-19-2018
# Scripts: 01
CUSTOMER RECEIPT

Date: 04/19/2018   DAW: 0
Rx: 0624964 02
27 0624964 002 000 00 0000000

PAY: $0.00
MFR PKG: Y   Caps: Y

Ph: 813.971-2459

ZH
04/19/2018

♥CVS pharmacy #6007   Ph: 813.971-2459
6206 COMMERCE PALMS DR.
TAMPA, FL 33647

ZHOU, SHUFENG
16410 BURNISTON DR, TAMPA, FL 33647
Ph: 813.505-1501   DOB: 02-66
ATORVASTATIN 20 MG TABLET
APOTEX CORP
TAKE 1 TABLET BY MOUTH EVERY DAY
NDC:60505-2579-09  Days Supply: 30  Refills: 3  Qty:30 EA
TP: 2619   GR: RX1558   CAREMARK BIN 004336
Prscbr: Beach, Colin Sand
AUTH#: 181088504107168899

**Take. Secure. Dispose.**
3 easy steps to handle commonly abused prescription drugs safely and responsibly.
Learn more at
cvs.com/prescription-drug-abuse

00240

---

### PATIENT PRESCRIPTION INFORMATION

♥CVS pharmacy®  #6007  Ph: 813.971-2459
6206 COMMERCE PALMS DR.      www.cvs.com
TAMPA, FL
33647

ZHOU, SHUFENG
16410 BURNISTON DR
TAMPA, FL 33647
Ph: 813.505-1501

04/19/2018
Prscbr: COLIN SANDY BEACH
Refills: 3

**ATORVASTATIN 20 MG TABLET**
APOTEX CORP
TAKE 1 TABLET BY MOUTH EVERY DAY

IF YOU HAVE ANY QUESTIONS ABOUT YOUR MEDICATION,
PLEASE CONTACT YOUR PHARMACIST:
Monica G Tadros, RPh.

This is a WHITE, OVAL-shaped TABLET imprinted with APO on the front and ATV 20 on the back.

**ATORVASTATIN - ORAL - (a-TOR-va-STAT-in)**
**COMMON BRAND NAME(S):**
Lipitor
**USES:**
Atorvastatin is used along with a proper diet to help lower "bad" cholesterol and fats (such as LDL, triglycerides) and raise "good" cholesterol (HDL) in the blood. It belongs to a group of drugs known as "statins." It works by reducing the amount of cholesterol made by the liver. Lowering "bad" cholesterol and triglycerides and raising "good" cholesterol decreases the risk of heart disease and helps prevent strokes and heart attacks. In addition to eating a proper diet (such as a low-cholesterol/low-fat diet), other lifestyle changes that may help this medication work better include exercising, losing weight if overweight, and stopping smoking. Consult your doctor for more details.
**HOW TO USE:**
Read the Patient Information Leaflet if available from your pharmacist before you start taking atorvastatin and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Take this medication by mouth with or without food as directed by your doctor, usually once daily. The dosage is based on your medical condition, response to treatment, age, and other medications you may be taking. Be sure to tell your doctor and pharmacist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Avoid eating grapefruit or drinking grapefruit juice while using this medication unless your doctor instructs you otherwise. Grapefruit can increase the amount of this medication in your bloodstream. Consult your doctor or pharmacist for more details. If you also take certain other drugs to lower your cholesterol (bile acid-binding resins such as cholestyramine or colestipol), take atorvastatin at least 1 hour before or at least 4 hours after taking these medications. These products can react with atorvastatin, preventing its full absorption. Take this medication regularly in order to get the most benefit from it. Remember to take it at the same time each day. It is important to continue taking this medication even if you feel well. Most people with high cholesterol or triglycerides do not feel sick. It is very important to continue to follow your doctor's advice about diet and exercise. It may take up to 4 weeks before you get the full benefit of this drug.
**SIDE EFFECTS:**

For faster refills, phone in 24 hours in advance

possible risks that could be caused by this
[illegible] uses, precautions and risks of the
[illegible] use as an educational aid.

increase your risk of serious muscle and liver problems.
**OVERDOSE:**
If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center.
**NOTES**
Do not share this medication with others. Laboratory and/or medical tests (such as blood cholesterol, triglyceride levels) should be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details.
**MISSED DOSE.**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.
**STORAGE:**
Store at room temperature between 68-77 degrees F (20-25 degrees C) away from light and moisture. Do not store in the bathroom. Keep all medicines away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.
Information last revised June 2017. Copyright(c) 2017 First Databank, Inc.

Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. A very small number of people taking atorvastatin may have mild memory problems or confusion. If these rare effects occur, talk to your doctor. Rarely, statins may cause or worsen diabetes. Talk to your doctor about ways to prevent diabetes (such as exercising, losing weight if overweight). Tell your doctor immediately if you develop symptoms of muscle problems (such as muscle tenderness/weakness (especially with fever or unusual tiredness), signs of kidney problems (such as change in the amount of urine). This medication may rarely cause liver problems. If you notice any of the following rare but serious side effects, tell your doctor right away: yellowing eyes/skin, dark urine, severe stomach/abdominal pain, persistent nausea/vomiting. A very serious allergic reaction to this drug is rare. However, seek immediate medical attention if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:**
Before taking atorvastatin, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: liver disease, kidney disease, alcohol use. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Limit alcoholic beverages. Daily use of alcohol may increase your risk for liver problems, especially when combined with atorvastatin. Ask your doctor or pharmacist for more information. Older adults may be more sensitive to the side effects of this drug, especially muscle problems. This medication must not be used during pregnancy. Atorvastatin may harm an unborn baby. Therefore, it is important to prevent pregnancy while taking this medication. Consult your doctor for more details and to discuss the use of reliable forms of birth control (such as condoms, birth control pills) while taking this medication. If you become pregnant or think you may be pregnant, tell your doctor right away. It is unknown if this medication passes into breast milk. Because of the possible risk to the infant, breast-feeding while using this drug is not recommended. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:**
See also How to Use section. Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Some products that may interact with this drug include: gemfibrozil, telaprevir, ritonavir. Other medications can affect the removal of atorvastatin from your body, which may affect how atorvastatin works. Examples include colchicine, telithromycin, certain azole antifungals (such as itraconazole, ketoconazole, posaconazole), among others. Do not take any red yeast rice products while you are taking atorvastatin because some red yeast rice products may also contain a statin called lovastatin. Taking atorvastatin and red yeast rice products together can

The side effects listed above are not all of the medication. For further information, please consult with your physician about specific to your health. This information is obtained from First Data

IMPORTANT DISCLAIMER:

IF USING NSAIDS AND THIS DRUG TYPE,
CALL DOCTOR FOR MEDICAL ADVICE.
THIS MEDICINE MAY BE TAKEN WITH OR
WITHOUT FOOD.

Pharmacy ExtraBucks Rewards

ZHOU, SHUFENG
16410 BURNISTON DR,
TAMPA, FL 33647

ZHOU, SHUFENG
16410 BURNISTON DR
TAMPA, FL 33647
Rx# 0625667 02

READY FOR PICKUP
85 AMBERLY DR
TAMPA, FL 33647 2155
Ph: 813 979 6978

**ZHOU, SHUFENG**

ESCITALOPRAM 20 MG TABLET

Rx# 0625667 02 TP: 2619
Date: 04/19/2018

---

PROMISED: 10:00p
ScriptSync™ Elig 04-19-2018  # Scripts: 01
CUSTOMER RECEIPT

♥CVS pharmacy #6007  Ph: 813.971-2459
6206 COMMERCE PALMS DR.
TAMPA, FL
33647

ZH
04/19/2018

Date: 04/19/2018  DAW: 0
Rx: 0625667 02

PAY: $2.50  Caps: Y
MFR PKG: Y

ZHOU, SHUFENG
16410 BURNISTON DR, TAMPA, FL 33647
Ph: 813.505-1501   DOB: 02-66
ESCITALOPRAM 20 MG TABLET
LUPIN PHARMACEU
TAKE 1 TABLET BY MOUTH EVERY DAY
NDC:68180-0136-01  Days Supply: 30  Refills: 3  Qty:30 EA
Prscbr: Beach, Colin Sand
TP: 2619  GR: RX1558
AUTH#: 18108850417722299  CAREMARK BIN 004336

**Take. Secure. Dispose.**
3 easy steps to handle commonly abused prescription drugs safely and responsibly.
Learn more at
CVS.com/prescription-drug-abuse

00240

---

### PATIENT PRESCRIPTION INFORMATION

♥**CVS pharmacy**®
6206 COMMERCE PALMS DR.
TAMPA, FL
33647

#6007  Ph: 813.971-2459
www.cvs.com

ZHOU, SHUFENG
16410 BURNISTON DR
TAMPA, FL 33647
Ph: 813.505-1501

04/19/2018
Prscbr: COLIN SANDY BEACH
Refills: 3

**ESCITALOPRAM 20 MG TABLET**
LUPIN PHARMACEU
TAKE 1 TABLET BY MOUTH EVERY DAY

IF YOU HAVE ANY QUESTIONS ABOUT YOUR MEDICATION,
PLEASE CONTACT YOUR PHARMACIST:
**Monica G Tadros, RPh.**

This is a WHITE, ROUND-shaped TABLET imprinted with L U on the front and W23 on the back.
ESCITALOPRAM - ORAL - (ES-sye-TAL-oh-pram)
**COMMON BRAND NAME(S):**
Lexapro
**WARNING:**
Antidepressant medications are used to treat a variety of conditions, including depression and other mental/mood disorders. These medications can help prevent suicidal thoughts/attempts and provide other important benefits. However, studies have shown that a small number of people (especially people younger than 25) who take antidepressants for any condition may experience worsening depression, other mental/mood symptoms, or suicidal thoughts/attempts. Therefore, it is very important to talk with the doctor about the risks and benefits of antidepressant medication (especially for people younger than 25), even if treatment is not for a mental/mood condition. Tell the doctor right away if you notice worsening depression/other psychiatric conditions, unusual behavior changes (including possible suicidal thoughts/attempts), or other mental/mood changes (including new/worsening anxiety, panic attacks, trouble sleeping, irritability, hostile/angry feelings, impulsive actions, severe restlessness, very rapid speech). Be especially watchful for these symptoms when a new antidepressant is started or when the dose is changed.
**USES:**
Escitalopram is used to treat depression and anxiety. It works by helping to restore the balance of a certain natural substance (serotonin) in the brain. Escitalopram belongs to a class of drugs known as selective serotonin reuptake inhibitors (SSRI). It may improve your energy level and feelings of well-being and decrease nervousness.
**HOW TO USE:**
Read the Medication Guide and, if available, the Patient Information Leaflet provided by your pharmacist before you start taking escitalopram and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Take this medication by mouth with or without food as directed by your doctor, usually once daily in the morning or evening. The dosage is based on your medical condition, response to treatment, age, and other medications you may be taking. Be sure to tell your doctor and pharmacist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). If you are using the liquid form of this medication, carefully measure the dose using a special measuring device/spoon. Do not use a household spoon because you may not get the correct dose. To reduce your risk of side effects, your doctor may direct you to start taking this drug at a low dose and gradually increase your dose. Follow your doctor's instructions carefully. Do not increase your dose or use this drug more often or for longer than prescribed. Your condition will not improve any faster, and your risk of side effects will increase. Take this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. It is important to continue taking this medication even if you feel well. Do not stop taking this medication without consulting your doctor. Some conditions may become worse when this drug is suddenly stopped. Also, you may experience symptoms such as mood swings, headache, tiredness, sleep changes, and brief feelings similar to electric shock. To prevent these symptoms while you are stopping treatment with this drug, your doctor may reduce your dose gradually. Consult your doctor or pharmacist for more details. Report any new or worsening symptoms right away. It may take 1 to 2 weeks to feel a benefit from this drug and 4 weeks to feel the full benefit of this medication. Tell your doctor if your condition does not improve or if it worsens.
**SIDE EFFECTS:**
See also Warning section. Nausea, dry mouth, trouble sleeping, constipation, tiredness, drowsiness, dizziness, and increased sweating may occur. If any of these effects persist or worsen, tell your doctor promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if you have any serious side effects, including: decreased interest in sex, changes in sexual ability, easy bruising/bleeding. Get medical help right away if you have any very serious side effects, including: bloody/black/tarry stools, fainting, fast/irregular heartbeat, vomit that looks like coffee grounds, seizures, eye pain/swelling/redness, widened pupils, vision changes (such as seeing rainbows around lights at night, blurred vision). This medication may increase serotonin and rarely cause a very serious condition called serotonin syndrome/toxicity. The risk increases if you are also taking other drugs that increase serotonin, so tell your doctor or pharmacist of all the drugs you take (see Drug Interactions section). Get medical help right away if you develop some of the following symptoms: fast heartbeat, hallucinations, loss of coordination, severe dizziness, severe nausea/vomiting/diarrhea, twitching muscles, unexplained fever, unusual agitation/restlessness. Rarely, males may have a painful or prolonged erection lasting 4 or more hours. If this occurs, stop using this drug and get medical help right away, or permanent problems could occur. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.
**PRECAUTIONS:**
Before taking escitalopram, tell your doctor or pharmacist if you are allergic to it; or to citalopram; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: personal or family history of bipolar/manic-depressive disorder, personal or family history of suicide attempts, liver disease, seizures, intestinal ulcers/bleeding (peptic ulcer disease) or bleeding problems, low sodium in the blood (hyponatremia), personal or family history of glaucoma (angle-closure type). Escitalopram may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can rarely cause



Keep Out of Reach of Children
For faster refills, phone in 24 hours in advance

**IMPORTANT DISCLAIMER:** The side effects listed above are not all of the possible risks that could be caused by this medication. For further information, please consult with your physician about the uses, precautions and risks of the medication specific to your health. This information is obtained from First DataBank for use as an educational aid.

CVS Item#
715078

Continued on reverse side.

serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away. The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using escitalopram, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, recent heart attack, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death). Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using escitalopram safely. This drug may make you dizzy or drowsy. Alcohol or marijuana can make you more dizzy or drowsy. Do not drive, use machinery, or do anything that needs alertness until you can do it safely. Avoid alcoholic beverages. Talk to your doctor if you are using marijuana. The liquid form of this medication may contain sugar and/or aspartame. Caution is advised if you have diabetes, phenylketonuria (PKU), or any other condition that requires you to limit/avoid these substances in your diet. Ask your doctor or pharmacist about using this medication safely. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Older adults may be more sensitive to the side effects of this drug, such as QT prolongation (see above), loss of coordination, or bleeding. They may also be more likely to lose too much salt (hyponatremia), especially if they are also taking "water pills" (diuretics) with this medication. Loss of coordination can increase the risk of falling. Children may be more sensitive to the side effects of this drug, especially loss of appetite and weight loss. Monitor weight and height in children who are taking this drug. During pregnancy, this medication should be used only when clearly needed. It may harm an unborn baby. Also, babies born to mothers who have used this drug during the last 3 months of pregnancy may rarely develop withdrawal symptoms such as feeding/breathing difficulties, seizures, muscle stiffness, or constant crying. If you notice any of these symptoms in your newborn, tell the doctor promptly. Since untreated mental/mood problems (such as depression, anxiety, obsessive-compulsive disorder, panic disorder) can be a serious condition, do not stop using this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss with your doctor the benefits and risks of using this medication during pregnancy. This medication passes into breast milk and may have undesirable effects on a nursing infant. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:**
Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Some products that may interact with this drug include: other drugs that can cause bleeding/bruising (including antiplatelet drugs such as clopidogrel, NSAIDs such as ibuprofen, "blood thinners" such as warfarin). Aspirin can increase the risk of bleeding when used with this medication. However, if your doctor has directed you to take low-dose aspirin for heart attack or stroke prevention (usually at dosages of 81-325 milligrams a day), you should continue taking it unless your doctor instructs you otherwise. Ask your doctor or pharmacist for more details. Taking MAO inhibitors with this medication may cause a serious (possibly fatal) drug interaction. Avoid taking MAO inhibitors (isocarboxazid, linezolid, methylene blue, moclobemide, phenelzine, procarbazine, rasagiline, safinamide, selegiline, tranylcypromine) during treatment with this medication. Most MAO inhibitors should also not be taken for two weeks before and after treatment with this medication. Ask your doctor when to start or stop taking this medication. The risk of serotonin syndrome/toxicity increases if you are also taking other drugs that increase serotonin. Examples include street drugs such as MDMA/"ecstasy," St. John's wort, certain antidepressants (including other SSRIs such as fluoxetine/paroxetine, SNRIs such as duloxetine/venlafaxine), tryptophan, among others. The risk of serotonin syndrome/toxicity may be more likely when you start or increase the dose of these drugs. Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, marijuana, antihistamines (such as cetirizine, diphenhydramine), drugs for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and narcotic pain relievers (such as codeine). Check the labels on all your medicines (such as allergy, pain/fever reducers, or cough-and-cold products) because they may contain ingredients that cause drowsiness or increase the risk of bleeding. Ask your pharmacist about using those products safely. Many drugs besides escitalopram may affect the heart rhythm (QT prolongation), including amiodarone, pimozide, procainamide, quinidine, sotalol, among others. Escitalopram is very similar to citalopram. Do not use medications containing citalopram while using escitalopram. This medication may interfere with certain medical/laboratory tests (including brain scan for Parkinson's disease), possibly causing false test results. Make sure laboratory personnel and all your doctors know you use this drug.

**OVERDOSE:**
If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center.

**NOTES:**
Do not share this medication with others. Keep all regular medical and psychiatric appointments.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.
**Information last revised September 2017. Copyright(c) 2017 First Databank, Inc.**